| | |
|---|---|
| PHILLIP A. TALBERT<br>United States Attorney<br>HEIKO P. COPPOLA<br>Assistant U.S. Attorney<br>JOHN E. SCANLON<br>Special Assistant U.S. Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA  95814<br>(916) 554-2700<br><br>Attorneys for Plaintiff<br>United States of America | **FILED**<br>Jul 15, 2022<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MAN SU SUH,<br><br>            Defendant. | 2:22-cr-0154-AC<br><br>VIOLATION: 18 U.S.C. § 641 – Theft of Government Property and 21 U.S.C. § 844(a) – Possession of a Controlled Substance |

<u>I N F O R M A T I O N</u>

<u>COUNT ONE</u>:   [18 U.S.C. § 641 – Theft of Government Property]

The United States Attorney charges:   T H A T

MAN SU SUH,

defendant herein, on or about October 4, 2021, at Sierra Army Depot, in Lassen County, in the State and Eastern District of California, did knowingly embezzle, steal, purloin, and knowingly convert to his use and the use of another, a record, voucher, money, and thing of value of the United States and of a department and agency thereof, not exceeding the sum of $1,000.00, to wit: lighting rods off the top of Bravo Block Igloo Bunkers in the 900 row belonging to Sierra Army

1 | Depot, in violation of Title 18, United States Code, Section 641, a
2 | Class A misdemeanor.
3 | COUNT TWO:   [21 U.S.C. § 844(a) – Possession of a Controlled
4 |                  Substance]
5 |        The United States Attorney further charges:  T H A T
6 |                        MAN SU SUH,
7 | defendant herein, on or about October 4, 2021, May 13, 2022, at
8 | Sierra Army Depot, in Lassen County, in the State and Eastern
9 | District of California, did knowingly and intentionally possess
10 | Methamphetamine, a Schedule II controlled substance, in violation of
11 | Title 21, United States Code, Section 844(a), a Class A misdemeanor.
12 |
13 | Dated: July 13, 2022          PHILLIP A. TALBERT
                                    United States Attorney
14 |
15 |                          By:  /s/ *John E. Scanlon*
                                    JOHN E. SCANLON
16 |                                Special Assistant U.S. Attorney

**P<span>ENALTY</span> S<span>LIP</span>**

**U<span>NITED</span> S<span>TATES</span> v. M<span>AN</span> S<span>U</span> S<span>UH</span>**

**C<span>OUNT</span> O<span>NE</span>:**

| | |
|---|---|
| V<span>IOLATION</span>: | 18 U.S.C. § 641 – Theft of Government Property |
| P<span>ENALTY</span>: | Imprisonment of not more than one year, a fine of not more than $100,000.00, <u>or both</u>. |
| S<span>PECIAL</span> A<span>SSESSMENT</span>: | $25.00 |
| S<span>UPERVISED</span> R<span>ELEASE</span>: | 1 year |

**C<span>OUNT</span> T<span>WO</span>:**

| | |
|---|---|
| V<span>IOLATION</span>: | 21 U.S.C. § 844(a) – Possession of a Controlled Substance (Methamphetamine) |
| P<span>ENALTY</span>: | Imprisonment of not more than one year, a fine of not less than $1,000.00, but not more than $100,000.00, <u>or both</u>. |
| S<span>PECIAL</span> A<span>SSESSMENT</span>: | $25.00 |
| S<span>UPERVISED</span> R<span>ELEASE</span>: | 1 year |