HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
P: 916-498-5700/F: 916-498-5710
Linda_Allison@fd.org

Attorney for Defendant
MAN SUH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAN SUH,<br><br>　　　　　Defendant. | NO. 2:22-cr-00154-AC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>DATE:　October 3, 2022<br>TIME:　9:30 AM<br>JUDGE:　ALLISON CLAIRE |

　　　IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney Heiko Coppola, Assistant Federal Defender Linda C. Allison attorney for defendant, Man Suh, that the status conference currently set for October 3, 2022 be continued to November 7, 2022 at 9:30 a.m. and to exclude time under the Speedy Trial Act.

　　　Counsel requests additional time for further investigation, to review of discovery, and otherwise prepare for trial.

　　　The parties agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendant in a speedy trial.

　　　Additionally, the parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from October 3, 2022 through November 7,

2022, for defense preparation and investigation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

Dated:  September 29, 2022					Respectfully submitted,

							HEATHER E. WILLIAMS
							Federal Defender

							*/s/ Linda C. Allison*
							LINDA C. ALLISON
							Assistant Federal Defender
							Attorney for Defendant

Dated:  September 29, 2022					PHILLIP A. TALBERT
							United States Attorney

							*/s/ Heiko Coppola*
							HEIKO COPPOLA
							Assistant United States Attorney
							Attorney for Plaintiff

**O R D E R**

The Court orders that the time between October 3, 2022, up to and including November 7, 2022, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) and Local Code T-4 [reasonable time for counsel to prepare]. It is further ordered that the October 3, 2022 status conference shall be continued until November 7, 2022 at 9:30 a.m.

Dated: September 29, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE