HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
P: 916-498-5700/F: 916-498-5710
Linda.allison@fd.org

Attorney for Defendant
MAN SU SUH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:22-cr-00154-AC |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | ) | |
| MAN SU SUH | ) | |
| Defendant. | ) | DATE: November 7, 2022<br>TIME: 9:30 AM<br>JUDGE: ALLISON CLAIRE |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney HEIKO COPPOLA, Assistant Federal Defender LINDA C. ALLISON attorney for MAN SUH, that the Court continue the status conference currently set for November 7, 2022 to December 12, 2022 at 9:30 a.m. and to exclude time under the Speedy Trial Act.

Defense counsel requests additional time to conduct further investigation, to review of discovery, and otherwise preparing for trial. The parties agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendant in a speedy trial.

Additionally, the parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from November 7, 2022 through December 12, 2022, for defense preparation and investigation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

Dated: November 3, 2022　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Linda C. Allison*
　　　　　　　　　　　　　　　　　　　　　　　LINDA C. ALLISON
　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

Dated: November 3, 2022　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Heiko P. Coppola*
　　　　　　　　　　　　　　　　　　　　　　　HEIKO P. COPPOLA
　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

**O R D E R**

The Court orders that the time between November 7, 2022, up to and including December 12, 2022, shall be excluded from the computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) and Local Code T-4 [reasonable time for counsel to prepare].  It is further ordered that the November 7, 2022, status conference shall be continued until December 12, 2022, at 9:30 a.m.

Dated: November 7, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE