HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
P: 916-498-5700/F: 916-498-5710
Linda.allison@fd.org

Attorney for Defendant
MAN SU SUH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO.  2:22-cr-00154-AC |
|---|---|
| Plaintiff, | ) STIPULATION AND ~~PROPOSED~~ ORDER |
| | ) TO CONTINUE STATUS CONFERENCE |
| v. | ) AND EXCLUDE TIME |
| MAN SU SUH | ) |
| | ) DATE:   December 12, 2022 |
| Defendant. | ) TIME:     9:00 AM |
| | ) JUDGE:  ALLISON CLAIRE |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney HEIKO COPPOLA, Assistant Federal Defender LINDA C. ALLISON attorney for MAN SU SUH, that the Court continue the status conference currently set for December 12, 2022, to January 30, 2023, at 9:00 a.m. and to exclude time under the Speedy Trial Act.

Defense counsel requests additional time for further investigation, to review discovery, and otherwise prepare for trial.

The parties agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendant in a speedy trial.

-1-

Additionally, the parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from December 12, 2022, through January 30, 2023, for defense preparation and investigation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

Dated:  December 8, 2022                                        Respectfully submitted,

                                                 HEATHER E. WILLIAMS
                                                 Federal Defender

                                                 */s/ Linda C. Allison*
                                                 LINDA C. ALLISON
                                                 Assistant Federal Defender
                                                 Attorney for Defendant

Dated:  December 8, 2022                                        PHILLIP A. TALBERT
                                                 United States Attorney

                                               */s/ Heiko Coppola*
                                                 HEIKO P. COPPOLA
                                                 Assistant U.S. Attorney

**O R D E R**

The Court orders that the time between December 12, 2022, up to and including January 30, 2023, shall be excluded from the computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) and Local Code T-4 [reasonable time for counsel to prepare]. It is further ordered that the December 12, 2022, status conference shall be continued until January 30, 2023, at 9:00 a.m.

Dated: December 8, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE