1  PHILLIP A. TALBERT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              | CASE NO. 2:22-CR-00154-AC-1
12 |                  Plaintiff,             | STIPULATION CONTINUING TRIAL
                                             | CONFIRMATION DATE AND [~~PROPOSED~~]
13 |        v.                               | ORDER
14 | MAN SU SUH,                             | DATE: March 13, 2023
                                             | TIME: 9:00 a.m.
15 |                  Defendant.             | COURT: Hon. Allison Claire

16

17                              **STIPULATION**

18      By previous order, the trial confirmation hearing is currently set for March 13, 2023 at 9:00 a.m.

19 All trial documents are presently due on March 13, 2023.

20      The parties hereby stipulate to continuing the trial confirmation date to March 20, 2023 at 9:00

21 a.m.. The parties further agree that all trial documents will now be due on March 20, 2023.

22      The Court previously excluded time under the Speedy Trial Act and Local Code T-4 up to and

23 including the trial date.

24 //

25 //

26 //

27 //

28 //

   STIPULATION RE: TCH CONTINUANCE                    1

IT IS SO STIPULATED.

Dated: March 1, 2023                                   PHILLIP A. TALBERT
                                                      United States Attorney


                                                      /s/ HEIKO P. COPPOLA
                                                      HEIKO P. COPPOLA
                                                      Assistant United States Attorney


Dated: March 1, 2023                                   /s/ LINDA HARTER
                                                      LINDA HARTER
                                                      Counsel for Defendant
                                                      MAN SU SUH


## [~~PROPOSED~~] ORDER

IT IS SO FOUND AND ORDERED this 2nd day of March, 2023.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE