| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
|   | Federal Defender |
| 2 | LINDA C. HARTER, #179741 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
|   | P: 916-498-5700/F: 916-498-5710 |
| 5 | Linda_Harter@fd.org |
| 6 | Attorney for Defendant |
|   | MAN SUH |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:22-cr-00154-AC |
|---|---|
|  | ) |
| Plaintiff, | ) STIPULATION AND ~~PROPOSED~~ ORDER |
|  | ) TO VACATE STATUS CONFERENCE |
| v. | ) |
|  | ) |
| MAN SUH | ) DATE:  May 22, 2023 |
|  | ) TIME:    9:00 AM |
| Defendant. | ) JUDGE:  ALLISON CLAIRE |
|  | ) |

IT IS HEREBY STIPULATED between the parties through their respective counsel, United States Attorney HEIKO COPPOLA, Assistant Federal Defender LINDA C. HARTER attorney for MAN SUH, that the Court vacate the status conference on May 22, 2023.

The parties further stipulate to the amount of restitution payable to the Court Clerk in the amount of $59.96. Pursuant to 18 U.S Code § 3572, Mr. Suh shall pay the total amount within 30 days.

Dated:  April 21, 2023                               Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda C. Harter*
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant

1
2  Date: April 21, 2023                    PHILLIP A. TALBERT
                                           United States Attorney
3
4                                          */s/ Heiko Coppola*
                                           HEIKO COPPOLA
                                           Assistant United States Attorney
5                                          Attorneys for Plaintiff
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**O R D E R**

IT IS HEREBY ORDERED that the status conference currently set for May 22, 2023, be vacated for the reasons stated above.

IT IS HEREBY ORDERED that Mr. Suh shall pay restitution to Court Clerk in the amount of $59.96 within 30 days. Mr. Suh will pay by check or money order to the Clerk of the Court at US District Court, 4th floor, 501 I street, Sacramento CA, 95814.

Dated: April 25, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE